Court of Criminal Appeals 52,966-49

Re: Edward R. Newsome T.D.C# 437698

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 24 2015
Abel Acosta, Clerk

MOTION DENIED
DATE: 7-28-15
BY: PC

Trial cause # 441673-X
Writ # 52-966-49

Amended Motion to File For Rehearing And Further Motion For Rehearing Rule 79.1 - 79.6

To The Honorable Judge of Said court

The Applicant Edward R. Newsome Argue and offer into Evidence an Objection Against the Clerk Abel Acosta denying Amended Memorandum of Law And Application to File Writ of Habeas Corpus For Time Credit in Article 11.07 ₣ 3(d) was Abuse of the discretion and Request For Permission to Appeal see Motion to File For A Stay, Motion to Extend time For Reconsideration in Rule 10,5(b) and Motion For Rehearing or Further Motion For Rehearing when the clerk of Court of Criminal Appeal mistakenly did not Reconsidered the New Writ of Habeas Corpus filed to the Trial court, but instead Amended my time credit claim to Trial cause 441673-X was an Error, it is stipulated on my Time Credit Application that For Court of Criminal Appeals Clerk only to investigate the Copy of my time credit claim filed to the Trial court to issue Finding of Fact and conclusion of law under Trial cause # 441673- has not been documented, because of the Error submitted by the clerk Abel Acosta because the time credit dispute Resolution form was sent to Huntsville, TX For disposition And Request For Submission Enbance Rehearing in

(1)

Rule 76 (f) on Request For Opinion in Rule 77.1 In each case that is signed and Argue or submitted without Argument to Court of Criminal Appeals, the Court will hand down A written opinion setting forth the Reasons For its decision. See Copies in Rule 77.4 For Judgment in the Court of Criminal Appeals in Rule 78.1 (f), Remand in the interest of Justice in Rule 78.2 and other order in Rule 78.3. IF the Clerk of Court of Criminal Appeals Refuse and denied this Motion For Rehearing and En Banc Reconsideration is order to have the clerk of the Trial court File stamp my New 11.07 Writ of Habeas Corpus Filed under Trial Cause # 441673-2 For Finding of Facts and Conclusion of law for An evidentiary hearing, For time Credit, Mandatory Supervision Release, Parole if any and Violation of the Ex Post Facto Clause Against Flat time and Good time Credit because I have exceeded Past my short way discharge date and ~~~~ my long way discharged that has exceeded Past the Actual date For Further Review under Article 36.19 and 36.14 Against default when my Trial Counsel William Paul Mewis Failed to object Against the Mistaken of Facts when the Prosecutor Allowed Perjury testimony that denied me A Fair and impartial trial see Almanza 686 S.W. 2d. At 157 and Posey 966 S.W. 2d. At 166 on Request For Acquittal For Full Pardon For Innocence is under Review with the Federal Court in Amarillo TX under case # 10-cv-242 And 11-10196. From the 5th circuit Also Petition For discretion Review is under Review Against A Miscarriage of Justice see Motion to File Nunc Pro Tunc and

(2)

Motion to File For leave to File writ of mandamus Against my illegal and void 39 Year For unauthorize use of A Motion Vehicle Against Jury Misconduct deciding a verdict unfairly on 11-14-1986 On ReQuest For Relief. See Article 11.07 *3(c)(d).

| 7-21-15 | Applicant or | Edward R Newsome |
|---|---|---|
| DATE | | Petitioner Signature |

### Certificate of service Rule 9.5
### Rule 2 Suspension of Rules

-The Applicant Edward R Newsome verify the statement made in this Amended Affidavit of inability to find Court Costs and initial Filing Fees without Prepayment of Fees to File Motion For Rehearing And Further Motion For Rehearing and this information is true and correct under the Penalty of Perjury see 28U-S-C *1746 For Purpose of Mail Box Rule 4(c) 1,2,3(d) for the Original and Copies of Records in Rule 9.3 (b), Rule 34.5(c)(i Rule 34.6 (c)(A), Rule 35. 2 (c), Rule 35.3 (b)(3) and Rule 37.3 (b) For Service in Local Rule 10,11,12 (c) for Benefits.

| 7-21-15 | | Edward R Newsome |
|---|---|---|
| DATE | | Applicant Signature |

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 15, 2015

*Amended to Court of Criminal Appeal for A Collateral And Subsequent Review under New 11.07 Writ of Habeas Corpus for Time Credit and Acquittal Against Jury Instruction*

Ms. Karen S. Mitchell
Northern District of Texas, Amarillo
United States District Court
205 E. 5th Street
Room F-13240
Amarillo, TX 79101

Dear Ms. Mitchell

I am forwarding a notice of appeal erroneously sent to us. We have noted the date received here. When you file the notice of appeal, please use that date, see FED R. APP. P. 4(d).

Also, enclosed please find pro se's application for leave to proceed in forma pauperis which was sent to this court. Please notify us when you have acted on the application.

Sincerely,

LYLE W. CAYCE, Clerk

*Claudia N. Farrington*

By: _____
Claudia N. Farrington, Deputy Clerk
504-310-7706

_7-21-2015_
*Date*

_Edward R. Newsome_
*Applicant Signature*